IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 CASE |
| HIGGINS, JON D. ) | |
| HIGGINS, JULIE M. ) | CASE NO. 09-02502 BL |
| CONSTRUCTION, HB PLATINUM ) | |
| FLAGG, JULIE M. ) | JUDGE Bruce W. Black(Joliet) |
| Debtor(s) ) | |

## NOTICE OF WITHDRAWAL OF DOCKET ENTRIES 21 & 22

The trustee, Michael G. Berland, hereby withdraws docket entries 21 and 22 and will refile same.

Respectfully submitted,
Jon & Julie Higgins, debtors
By : /s/ Michael G Berland trustee

MICHAEL G. BERLAND, Trustee
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
312-855-1272