**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: HIGGINS, JON D.　　　　　§<br>　　　　HIGGINS, JULIE M.　　　　　§<br>　　　　CONSTRUCTION, HB PLATINUM §<br>Debtors FLAGG, JULIE M.　　　　　　§ | Case No. 09-02502 |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION (NFR)**

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $  6,626.87 |
| *and approved disbursements of* | $  0.00 |
| *leaving a balance of* | $  6,626.87 |

　　Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

　　Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 1,412.66 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,704.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Yellow Book USA | $ 3,549.00 | $ 215.92 |
| 2 | PYOD LLC as assignee of Citibank | $ 15,813.63 | $ 962.04 |
| 3 | PYOD LLC as assignee of Citibank | $ 11,448.55 | $ 696.48 |
| 4 | PYOD LLC as assignee of Citibank | $ 12,476.94 | $ 759.04 |
| 5 | Recovery Management Systems Corporation | $ 3,405.24 | $ 207.16 |
| 6 | Chase Bank USA NA | $ 6,627.66 | $ 403.20 |

**UST Form 101-7-NFR (4/1/2009)**

|   7   | Chase Bank USA NA | $ | 11,080.06 | $ | 674.06 |
|   8   | Chase Bank USA NA | $ | 21,303.87 | $ | 1,296.04 |

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

        N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

        N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn
Chicago, IL

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/18/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  08/13/2009            By:  /s/MICHAEL G. BERLAND
                                                   Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mrahmoun              Page 1 of 1                   Date Rcvd: Aug 14, 2009
Case: 09-02502                 Form ID: pdf006             Total Noticed: 25

The following entities were noticed by first class mail on Aug 16, 2009.
db/jdb        +Jon D. Higgins,    Julie M. Higgins,    27150 W. Hemlock Road,    Channahon, IL 60410-3393
aty           +Kelly Smith,    Law Offices of Stuart B. Handelman, P.C.,    200 S. Michigan Avenue,    Suite 1215,
                Chicago, IL 60604-2431
tr            +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
13462606      +Alexander Lumber Co.,    100 Barney Drive,    Joliet, IL 60435-6499
13462607      +American Marketing & Publishing LLC,    P.O. Box 982,    Dekalb, IL 60115-0982
13462608       Best Buy - Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
13462609       Chase,    PO Box 15153,    Wilmington, DE 19886-5153
14166682       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13462610      +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
13462611       Citifinancial Retail Services,    P.O. Box 183041,    Columbus, OH 43218-3041
13462612       Citizens Auto Finance,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
13462613      +Citizens FNB Princeton,    606 S. Main Street,    Princeton, IL 61356-2070
13462614       First Equity Card Corp.,    P.O. Box 23029,    Columbus, GA 31902-3029
13462615       Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
13462616       Illinois Designated Acct. Pur.,    P.O. Box 707,    Deerfield, IL 60015-0707
13462617      +LiquiDebt Systems,    29W110 Butterfield Road, Suite 108,    Warrenville, IL 60555-2828
13462619      +Macy’s,    9111 Duke Blvd.,    Mason, OH 45040-8999
13462620       Menards,    HSBC Business Solutions,    P.O. Box 5219,    Carol Stream, IL 60197-5219
13462621       National City Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
13462622       Nissan - Infiniti LT,    P.O. Box 660366,    Dallas, TX 75266-0366
13853755      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13731960      +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                Timonium, Maryland 21094-5126
13462623       Yellowbook,    6300 C Street,    Cedar Rapids, IA 52404-7470

The following entities were noticed by electronic transmission on Aug 15, 2009.
13462618       E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2009 02:58:22     Lowe’s,    P.O. Box 530914,
                Atlanta, GA 30353-0914
14164539      +E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2009 03:00:07
                Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                                TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2009**          **Signature:**   *Joseph Speetjens*