**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: HIGGINS, JON D. | § | Case No. 09-02502 |
| HIGGINS, JULIE M. | § | |
| CONSTRUCTION, HB PLATINUM | § | |
| Debtor(s) FLAGG, JULIE M. | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $17,900.00 |
| Total Distribution to Claimants: $5,214.66 | Claims Discharged Without Payment: $147,908.38 |
| Total Expenses of Administration: $1,412.66 | |

3) Total gross receipts of $ 6,627.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,627.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,412.66 | 1,412.66 | 1,412.66 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 133,287.74 | 85,704.95 | 85,704.95 | 5,214.66 |
| **TOTAL DISBURSEMENTS** | $133,287.74 | $87,117.61 | $87,117.61 | $6,627.32 |

4) This case was originally filed under Chapter 7 on January 28, 2009.
. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2009          By: /s/MICHAEL G. BERLAND
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund-scheduled | 1124-000 | 6,626.00 |
| Interest Income | 1270-000 | 1.32 |
| **TOTAL GROSS RECEIPTS** | | **$6,627.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,412.66 | 1,412.66 | 1,412.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,412.66 | 1,412.66 | 1,412.66 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Yellow Book USA | 7100-000 | 357.00 | 3,549.00 | 3,549.00 | 215.94 |
| PYOD LLC as assignee of Citibank | 7100-000 | 14,524.85 | 15,813.63 | 15,813.63 | 962.17 |
| PYOD LLC as assignee of Citibank | 7100-000 | 10,823.50 | 11,448.55 | 11,448.55 | 696.58 |
| PYOD LLC as assignee of | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Citibank | 7100-000 | N/A | 12,476.94 | 12,476.94 | 759.15 |
| Recovery Management Systems Corporation | 7100-000 | 2,905.13 | 3,405.24 | 3,405.24 | 207.19 |
| Chase Bank USA NA | 7100-000 | 6,284.81 | 6,627.66 | 6,627.66 | 403.25 |
| Chase Bank USA NA | 7100-000 | 10,787.00 | 11,080.06 | 11,080.06 | 674.16 |
| Chase Bank USA NA | 7100-000 | 20,187.36 | 21,303.87 | 21,303.87 | 1,296.22 |
| First Equity Card Corp. | 7100-000 | 2,374.43 | N/A | N/A | 0.00 |
| Citifinancial Retail Services | 7100-000 | 417.01 | N/A | N/A | 0.00 |
| Citifinancial Retail Services | 7100-000 | 1,997.02 | N/A | N/A | 0.00 |
| Home Depot Credit Services Processing Center | 7100-000 | 9,537.00 | N/A | N/A | 0.00 |
| Best Buy - Retail Services | 7100-000 | 4,569.38 | N/A | N/A | 0.00 |
| Illinois Designated Acct. Pur. | 7100-000 | 1,554.00 | N/A | N/A | 0.00 |
| Macy's | 7100-000 | 739.00 | N/A | N/A | 0.00 |
| Menards HSBC Business Solutions | 7100-000 | 2,030.93 | N/A | N/A | 0.00 |
| Illinois Designated Acct. Pur. | 7100-000 | 5,012.00 | N/A | N/A | 0.00 |
| LiquiDebt Systems | 7100-000 | 6,197.50 | N/A | N/A | 0.00 |
| American Marketing & Publishing LLC | 7100-000 | 1,455.00 | N/A | N/A | 0.00 |
| Illinois Designated Acct. Pur. | 7100-000 | 16,755.00 | N/A | N/A | 0.00 |
| Alexander Lumber Co. | 7100-000 | 693.27 | N/A | N/A | 0.00 |
| Alexander Lumber Co. | 7100-000 | 1,611.40 | N/A | N/A | 0.00 |
| Alexander Lumber Co. | 7100-000 | 1,404.93 | N/A | N/A | 0.00 |
| Alexander Lumber Co. | 7100-000 | 3,227.74 | N/A | N/A | 0.00 |
| Alexander Lumber Co. | 7100-000 | 452.57 | N/A | N/A | 0.00 |
| Alexander Lumber Co. | 7100-000 | 7,389.91 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 133,287.74 | 85,704.95 | 85,704.95 | 5,214.66 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-02502
Case Name: HIGGINS, JON D.
HIGGINS, JULIE M.
Period Ending: 12/22/09

Trustee: (520196) MICHAEL G. BERLAND
Filed (f) or Converted (c): 01/28/09 (f)
§341(a) Meeting Date: 02/23/09
Claims Bar Date: 07/23/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Tax refund-scheduled | 3,500.00 | 6,626.00 | | 6,626.00 | FA |
| 2 | 27150 W. Hemlock, Channahon-scheduled | 283,500.00 | 0.00 | | 0.00 | FA |
| 3 | Harris checking-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Harris savings-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Harris savings-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Harris savings-schedueld | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Househodl goods-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding rings-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Term life husband-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Term life wife-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Term life through PriAmerica-schedueld | 9.00 | 0.00 | | 0.00 | FA |
| 13 | Interest in partnership HB Platinum-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2007 Infinit-ischedueld | 21,545.00 | 0.00 | | 0.00 | FA |
| 15 | 2006 Nissan-scheduled | 9,640.00 | 0.00 | | 0.00 | FA |
| 16 | Trailer-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 17 | 1997 BMW-scheduled | 4,600.00 | 0.00 | | 0.00 | FA |
| 18 | Tools of trade-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2 dogs and 1 cat-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 403 b-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.32 | Unknown |
| 21 | Assets   Totals (Excluding unknown values) | $340,694.00 | $6,626.00 | | $6,627.32 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee liquidated a non-exempt tax refund.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-02502 | Trustee: (520196) MICHAEL G. BERLAND |
| Case Name: HIGGINS, JON D. | Filed (f) or Converted (c): 01/28/09 (f) |
| HIGGINS, JULIE M. | §341(a) Meeting Date: 02/23/09 |
| Period Ending: 12/22/09 | Claims Bar Date: 07/23/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):　　December 31, 2011　　　　Current Projected Date Of Final Report (TFR):　　December 31, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-02502 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | HIGGINS, JON D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HIGGINS, JULIE M. | | Account: | ***-*****49-65 - Money Market Account |
| Taxpayer ID #: | 54-6818719 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/22/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/22/09 | {1} | Jon & Julie Higgins | Payment of tax refund | 1124-000 | 6,626.00 | | 6,626.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 6,626.06 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,626.32 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,626.60 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,626.87 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,627.14 |
| 09/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.18 | | 6,627.32 |
| 09/21/09 | | To Account #********4966 | Transfer for purpose of final distribution | 9999-000 | | 6,627.32 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,627.32 | 6,627.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,627.32 | |
| | | | **Subtotal** | | 6,627.32 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,627.32** | **$0.00** | |

{} Asset reference(s)

Printed: 12/22/2009 10:31 AM    V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-02502 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | HIGGINS, JON D. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HIGGINS, JULIE M. | | Account: | ***-*****49-66 - Checking Account |
| Taxpayer ID #: | 54-6818719 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/22/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/09 | | From Account #********4965 | Transfer for purpose of final distribution | 9999-000 | 6,627.32 | | 6,627.32 |
| 09/23/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,412.66, Trustee Compensation; Reference: | 2100-000 | | 1,412.66 | 5,214.66 |
| 09/23/09 | 102 | Yellow Book USA | Dividend paid 6.08% on $3,549.00; Claim# 1; Filed: $3,549.00; Reference: | 7100-000 | | 215.94 | 4,998.72 |
| 09/23/09 | 103 | PYOD LLC as assignee of Citibank | Dividend paid 6.08% on $15,813.63; Claim# 2; Filed: $15,813.63; Reference: | 7100-000 | | 962.17 | 4,036.55 |
| 09/23/09 | 104 | PYOD LLC as assignee of Citibank | Dividend paid 6.08% on $11,448.55; Claim# 3; Filed: $11,448.55; Reference: | 7100-000 | | 696.58 | 3,339.97 |
| 09/23/09 | 105 | PYOD LLC as assignee of Citibank | Dividend paid 6.08% on $12,476.94; Claim# 4; Filed: $12,476.94; Reference: | 7100-000 | | 759.15 | 2,580.82 |
| 09/23/09 | 106 | Recovery Management Systems Corporation | Dividend paid 6.08% on $3,405.24; Claim# 5; Filed: $3,405.24; Reference: | 7100-000 | | 207.19 | 2,373.63 |
| 09/23/09 | 107 | Chase Bank USA NA | Dividend paid 6.08% on $6,627.66; Claim# 6; Filed: $6,627.66; Reference: | 7100-000 | | 403.25 | 1,970.38 |
| 09/23/09 | 108 | Chase Bank USA NA | Dividend paid 6.08% on $11,080.06; Claim# 7; Filed: $11,080.06; Reference: | 7100-000 | | 674.16 | 1,296.22 |
| 09/23/09 | 109 | Chase Bank USA NA | Dividend paid 6.08% on $21,303.87; Claim# 8; Filed: $21,303.87; Reference: | 7100-000 | | 1,296.22 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 6,627.32 | 6,627.32 | $0.00 |
| Less: Bank Transfers | | 6,627.32 | 0.00 | |
| Subtotal | | 0.00 | 6,627.32 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $6,627.32 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****49-65 | 6,627.32 | 0.00 | 0.00 |
| Checking # ***-*****49-66 | 0.00 | 6,627.32 | 0.00 |
| | $6,627.32 | $6,627.32 | $0.00 |